```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
R.G., ET AL.,                                         :
                                                      :
                              Plaintiffs,             :
                                                      :      1:19-CV-11151 (ALC) (KNF)
        -against-                                     :
                                                      :      ORDER
UNITED STATES OF AMERICA,                             :
                                                      :
                              Defendant.              :
                                                      :
------------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/3/2020

**ANDREW L. CARTER, JR., District Judge:**

The Parties are hereby ORDERED to submit a joint status report to the Court on or before August 24, 2020.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **August 3, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**