**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x

R.G. ET AL.,

                                          **Plaintiffs,**

                  -against-

UNITED STATES OF AMERICA,

                                         **Defendant.**

------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Nov. 2, 2021

**1:19-cv-11151-ALC-KNF**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephone conference on **Wednesday, November 10, 2021 at**

**12:00PM Eastern Time**. All parties shall appear and should contact the Court at

1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **Nov. 2, 2021**
            **New York, New York**

                                                          **Andrew L. Carter, Jr.**
                                                  **United States District Judge**