| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ x<br>R.G. ET AL.,<br><br>                             **Plaintiffs,**<br><br>               -against-<br><br>UNITED STATES OF AMERICA,<br><br>                            **Defendant.**<br>------------------------------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Nov. 5, 2021<br><br>**1:19-cv-11151-ALC-KNF**<br><br>**<u>AMENDED ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The conference date set for Wednesday, November 10, 2021, ECF No. 25, is hereby adjourned to **Wednesday, November 17, 2021 at 12:00PM Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    Nov. 5, 2021
            **New York, New York**

                                                          **Andrew L. Carter, Jr.**
                                                        **United States District Judge**