| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: Feb. 7, 2022 |

---------------------------------------------------------- x
: 
**R.G. ET AL.,**
: 
: 
               **Plaintiffs,**
: 
:   **1:19-cv-11151-ALC-JW**
        **-against-**
: 
:   <u>**ORDER SETTING**</u>
:   <u>**FAIRNESS HEARING**</u>
**UNITED STATES OF AMERICA,**
: 
               **Defendant.**
: 
---------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic fairness hearing on **Wednesday, February 16, 2022 at 3:45pm Eastern Time**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**   **Feb. 7, 2022**
          **New York, New York**

                                            **Andrew L. Carter, Jr.**
                                            **United States District Judge**